MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5
### For Deposit To Registry Fund

Debtor:    Michael James Movrich
Chapter 7 Case No.  08-44715

Please Check One:
X   Unclaimed Dividends

__ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Center National Bank<br>P O Box 335<br>Litchfield, MN  55355-0335 | 6 | $1,045.76 | $43.16 |
| | | | |
| | | | |
| | | | |

DATE: December 29, 2009          __/e/ Brian F. Leonard_____
                                 Brian F. Leonard, Trustee
                                 100 S. Fifth Street, Ste.2500
                                 Minneapolis, MN  55402
                                 (612) 332-1030

356179

RECEIVED
10 JAN -7 AM 9:22
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN